In the Matter of STATE DIVISION OF HUMAN RIGHTS, Petitioner, v. AOS REALTY CORP. et al., Respondents.—

Hopkins, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.